Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

|   |   |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, JA SOLAR PV VIETNAM COMPANY LIMITED, JA SOLAR INTERNATIONAL LIMITED AND JA SOLAR USA INC.,<br><br>   Plaintiffs,<br><br>      v.<br><br>UNITED STATES,<br><br>   Defendant. | **SUMMONS**<br>**Court No. 26-01216** |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

   /s/ Gina Justice
   Clerk of the Court

---

1. Plaintiffs in this action are JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited and JA Solar International Limited, manufacturers and/or exporters of merchandise potentially subject to the countervailing duty order on crystalline silicon photovoltaic cells, whether or not assembled into modules from the People's Republic of China; and JA Solar USA Inc., a U.S. importer of merchandise potentially subject to the countervailing duty order on crystalline silicon photovoltaic cells, whether or not assembled into modules from the People's Republic of China.  Plaintiffs were parties to the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. § 1677(9)(A).  Plaintiffs thus have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of the final results of the eleventh countervailing administrative review of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China made by the U.S. Department of Commerce's International Trade Administration.  The contested final results were published in the *Federal Register* as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final*

Form 3-1

<div style="margin-left: 2em;">

*Results of Countervailing Duty Administrative Review; 2022*, 91 Fed. Reg. 3,419 (Dep't Commerce Jan. 27, 2026) ("Final Results").
(Brief description of contested determination)

3. The Final Results were dated December 29, 2025.
   (Date of determination)

4. The Final Results were published in the *Federal Register* on January 27, 2026.
   (If applicable, date of publication in Federal Register of notice of contested determination)

</div>

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
Savannah R. Maxwell
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
jsg@mowrygrimson.com
*Counsel to Plaintiffs*

Date: February 26, 2026

**SEE REVERSE SIDE**

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)